**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 25-2331**

---

In re:  SHAUNESI YVETTE DEBERRY,

Petitioner.

---

On Petition for Writ of Mandamus to the United States District Court for the District of Maryland, at Baltimore.  (1:25-cv-01080-TDC)

---

Submitted:  December 23, 2025                Decided:  December 31, 2025

---

Before WILKINSON and RUSHING, Circuit Judges, and FLOYD, Senior Circuit Judge.

---

Petition denied by unpublished per curiam opinion.

---

Shaunesi Yvette DeBerry, Petitioner Pro Se.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shaunesi-Yvette DeBerry petitions for a writ of mandamus, alleging that the district court has unduly delayed in ruling on her 28 U.S.C. § 2254 petition. She seeks an order from this court directing the district court to act. The present record does not reveal undue delay in the district court. Accordingly, we deny DeBerry's pending motions and deny her mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*